AO 450 (SCD 04/2010)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | |
|---|---|
| Frankie Williams, | ) |
| *Petitioner* | ) |
| v. | ) Civil Action No.  1:13-cv-02401-MGL-SVH |
| Warden, Lee Correctional Institution | ) |
| *Respondent* | ) |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

☐ the petitioner *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($__), which includes prejudgment interest at the rate of ___ %, plus postjudgment interest at the rate of ___ %, along with costs.

☐ the petitioner recover nothing, the action be dismissed on the merits, and the respondent *(name)* _____ recover costs from the petitioner *(name)* _____.

■ other: the petitioner, Frankie Williams, shall take nothing of the respondent, Warden, as to the petition filed pursuant to 28 U.S.C. § 2254 and this action is dismissed without prejudice pursuant to Rule 41 of the Federal Rules of Civil Procedure.

This action was *(check one)*:

☐ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

☐ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable Mary G. Lewis, United States District Judge, presiding, dismissing the action without prejudice.

Date:  October 31, 2013                                   *ROBIN L. BLUME, CLERK OF COURT*

                                                                                  s/A. Buckingham
                                                                        *Signature of Clerk or Deputy Clerk*